UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                              CASE NO. 07-16267-BKC-JKO

BYRON G. PETERSEN                                   CHAPTER 7 Proceeding

_____Debtor(s)_____/

### TRUSTEE'S NOTICE OF DEPOSIT OF FUNDS WITH
### THE U.S. BANKRUPTCY COURT CLERK

**Notice is hereby given that:**

(XX)   The Trustee has a balance of **$6275.80** remaining in the Trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )   The Trustee has a balance of $ remaining in the Trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of the estate.

Dated: March 10, 2011                               By: /S/ Robert C. Furr, Trustee
                                                    Robert C. Furr, Trustee
                                                    2255 Glades Road, Suite 337W
                                                    Boca Raton, Florida 33431
                                                    Telephone: (561)395-1840
                                                    Facsimile: (561) 338-7532
                                                    E-mail address: trustee@furrtrustee.com





## **EXHIBIT**

| Claim Number | Claimant Name/Address | Filed Claim Amount | Dividend Amount |
|---|---|---|---|
| 8 | David Hawthorne<br>c/o Phillip Landau<br>350 East Las Olas Blvd. #1600<br>Fort Lauderdale, FL  33301 | $1,000,000.00 | $6,275.80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Revised 02/01/00            2