UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re                                     Case No. 07-16267-BKC-JKO
                                          Chapter 7
PETERSEN, BYRON G.

```
U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

JUL -5 2011

FILED____  RECEIVED____
```

Debtor(s).

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )  The Trustee has a balance of $15.27 remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The Trustee has a balance of $*** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: June 29, 2011

_____
Robert C. Furr
2255 Glades Road, Ste 337W
Boca Raton FL 33431
Telephone: (561) 395-1840
Facsimile: (561) 338-7532
Email: trustee@furrtrustee.com

**PAID**
7/35/11

NAME:   PETERSEN, BYRON G.

CASE NO:   07-16267-BKC-JKO

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 6 | Veritext Corp.<br>c/o Jerrold Coff, Esq.<br>Bank of America Bldg<br>401 E. Las Olas Blvd., #1400<br>Fort Lauderdale, FL  33301 | 2432.95 | 15.27 |
| | | Total: | $15.27 |